AO 91 (Rev. 11/11)  Criminal Complaint   (J. Davison authorizing)                                    C&W No. 25-001

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EDDY RONDON SALCEDO | ) | Case No. 24-mj-2072 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 17, 2024** in the county of **Philadelphia** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a), (b)(1) | On or about December 17, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant Eddy Junior Rondon Salcedo, an alien, and native and citizen of the Dominican Republic, who had previously been deported from the United States on or about June 1, 2021, was found in the United States, having knowingly and unlawfully reentered the United States without permission from the Attorney General or his successor, the Secretary of the Department of Homeland Security. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

s/ John Schlear
*Complainant's signature*

John Schlear, Deportation Officer (ICE)
*Printed name and title*

Subscribed and sworn to telephonically

Digitally signed by ETH Signature
Date: 2025.01.08 10:34:04 -05'00'

Date: _____

*Judge's signature*

City and state: Philadelphia, PA      Honorable Elizabeth T. Hey, U.S.M.J.
*Printed name and title*

**AFFIDAVIT**

1. I, John M. Schlear, am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE since September 29, 2019. As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals who have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations ("ERO") Philadelphia, Pennsylvania Field Office and my duties include investigating violations of Title 8 of the United States Code ("U.S.C."), including violations of immigration offenses.

2. I have prepared this affidavit in support of a criminal complaint against Eddy RONDON SALCEDO ("RONDON SALCEDO") because there is probable cause to believe that RONDON SALCEDO, an alien, re-entered the United States after removal, in violation of 8 U.S.C. § 1326(a), (b)(1).

3. This affidavit is based on information I obtained from my personal observations, my training and experience, review of documentary evidence, and information provided to me by other members of the investigation. Because this affidavit is submitted only for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, it does not include all information known to the government as a result of the investigation.

4. In late 2024, I became aware that RONDON SALCEDO, a citizen and national of the Dominican Republic, was illegally residing in Philadelphia, Pennsylvania, after having been deported. I conducted further investigation to determine RONDON SALCEDO's whereabouts.

5. On December 17, 2024, RONDON SALCEDO was observed entering a vehicle in front of 3402 Lansing Street, Philadelphia, Pennsylvania. At this time, RONDON SALCEDO was arrested by ICE, and served with Form I-871, Notice of Intent/Decision to Reinstate Prior

Order. RONDON SALCEDO was then fingerprinted which revealed an FBI number of CJKDMT06E.

6. I then conducted a check in the National Crime Information Center ("NCIC") database for RONDON SALCEDO's criminal history, as well as his immigration history. Under the FBI number provided (CJKDMT06E), I discovered that RONDON SALCEDO had a previous encounter with ICE. Further database checks were conducted for RONDON SALCEDO's immigration history in the United States. I found that on September 8, 2008, RONDON SALCEDO was admitted to the United States at Newark, New Jersey as a lawful permanent resident with an IR2 visa. On March 8, 2021, RONDON SALCEDO was convicted in the United States District Court, Eastern District of Pennsylvania, for the offense of possession with intent to distribute one kilogram of heroin and fentanyl in violation of 21 U.S.C. § 841(a)(1)(b)(1)(A) and sentenced to time served. On June 1, 2021, RONDON SALCEDO was removed from the United States to the Dominican Republic.

7. Based on my review of DHS's electronic databases I have made the following conclusions:

   a. RONDON SALCEDO is a citizen and national of the Dominican Republic.

   b. RONDON SALCEDO's date of birth is August 14, 1990, and this affidavit and the complaint to which it is attached correctly reflect RONDON SALCEDO's name.

   c. On March 8, 2021, RONDON SALCEDO was convicted in the United States District Court, Eastern District of Pennsylvania for the offense of Possession with intent to distribute one kilogram of heroin and fentanyl.

   d. On March 29, 2021, RONDON SALCEDO was issued a Notice to Appear by ICE officers pursuant to Section 237(a)(2)(A)(iii) and Section 237(a)(2)(B)(i) of the Immigration and Nationality Act ("INA"), charging him with being deportable from the United States due to his conviction for an aggravated felony.

e. On May 18, 2021, RONDON SALCEDO was ordered removed from the United States by an immigration judge pursuant to Section 237 (a)(2)(A)(iii) and Section 237(a)(2)(B)(i) of the INA.

f. On June 1, 2024, RONDON SALCEDO was removed from the United States to the Dominican Republic. At the time of removal, ICE officials executed Form I-205, Warrant of Removal/Deportation, in connection with RONDON SALCEDO'S removal/deportation and it contains RONDON SALCEDO'S name, photograph, alien number, signature, and fingerprint.

8. The fingerprints for RONDON SALCEDO taken by ICE on December 17, 2024, were compared to the fingerprints contained on RONDON SALCEDO's Form I-205 from his prior removal, and the fingerprints matched.

9. I searched DHS databases and found no applications or records of RONDON SALCEDO applying for or receiving permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States following deportation.

**CONCLUSION**

Based on the foregoing, I believe that probable cause exists to believe that RONDON SALCEDO illegally re-entered the United States after removal, in violation of Title 8, United States Code, Section 1326(a), (b)(1), re-entry after removal subsequent to a felony conviction. I respectfully ask that the Court issues a warrant ordering his arrest for said crime.

　　　　　　　　　　　　　　　　　　　　　/s/ John M. Schlear
　　　　　　　　　　　　　　　　　　　　　John M. Schlear
　　　　　　　　　　　　　　　　　　　　　Deportation Officer
　　　　　　　　　　　　　　　　　　　　　Immigration and Customs Enforcement

Subscribed to and sworn telephonically
this 8th day of January, 2025

Digitally signed by ETH Signature
Date: 2025.01.08 10:33:01 -05'00'

HONORABLE ELIZABETH T. HEY
United States Magistrate Judge